SLAYTON *et al. v.* ETHEREDGE, survivor, *et al.*

*Lumpkin, J.*—The decision of this court in this case rendered at the March term, 1894 (94 *Ga.* 496), holding that the court below erred in granting an injunction, also in effect adjudicated that the plaintiffs were not entitled to the other relief sought by the petition, for the reason that the same was filed too late. This being so, and the amendment subsequently made to the petition not materially strengthening it, there was no error in dismissing it on demurrer. *Judgment affirmed.*

June 1, 1896. By two Justices. Argued at the last term.

Equitable petition. Before Judge Butt. Harris superior court. April term, 1895.

*C. J. Thornton, Little, Wimbish, Worrill & Little,* and *B. H. Walton,* for plaintiffs. *Goetchius & Chappell, J. M. Mobley,* and *B. F. McLaughlin,* for defendants.